IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| INTERNATIONAL PARTNERS CONSTRUCTION, LLC<br><br>Plaintiff<br><br>v.<br><br>DRG INTERNATIONAL, INC.<br><br>Defendant | *<br>*<br>*<br>*<br>*   Civil Court Action No: MJG-02-CV-1566<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER DISMISSING ACTION WITHOUT PREJUDICE

Upon Consideration of International Partners Construction, LLC's ("IPC") Motion to Dismiss Action Without Prejudice, and any response thereto, the same having been read and considered, it is this 29th day of August, 2002, by the United States District Court for the District of Maryland

**ORDERED** that IPC's Motion to Dismiss Action Without Prejudice is hereby **GRANTED**; and it is

**FURTHER ODERED** that the instant action is dismissed WITHOUT prejudice, each party to bear its own costs and attorneys' fees.

_____
JUDGE, United States District Court for the
District of Maryland

1442457

29